In the Matter of the Claim of GEORGE FARQUHAR, Respondent, against FREDERICK M. GODWIN and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent. — Claimant, a groom, was injured May 21, 1931. While riding a horse and leading a second horse by a halter, the second horse stopped or balked, injuring claimant's right arm. The injury was diagnosed first as a sprain. The arm disability progressed, and after several years an X-ray disclosed a fracture of the shoulder. Claimant notified his employer of his injury on the day he received it. He was partially disabled for about two weeks. He was paid his wages continuously until the claim was filed in May, 1936. The Board has found a schedule loss of fifteen per cent of the arm. The happening of the accident and the amount of the award are unquestioned. The Board, by unanimous vote, has found that wages were paid in lieu of compensation, and, by like vote, the failure to give written notice has been excused on the ground that the employer had actual notice. It appears that claimant received medical treatment immediately following the injury. The claim not being controverted, the award was proper. (*Matter of Schwartz* v. *Jacobs Bros. Co.*, 271 N. Y. 640.) Award unanimously affirmed, with costs to the State Industrial Board. Present — Hill, P. J., Rhodes, McNamee, Crapser and Heffernan, JJ.

In the Matter of the Claim of IRENE PATRICIA ADAMS, Respondent, against UNIVERSAL PRODUCING COMPANY and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Appeal from an award of the State Industrial Board. The questions presented are, *first*, whether at the time of the accident the claimant was an employee of the Universal Producing Company, and, *second*, whether the Industrial Board properly determined claimant's weekly wages. The evidence clearly established that the claimant was an employee and that the rate adopted by the Industrial Board was in accordance with the law. Award unanimously affirmed, with costs to the State Industrial Board. Present — Hill, P. J., Rhodes, McNamee, Crapser and Heffernan, JJ.